[No. 38003-6-I.    Division One.    April 21, 1997.]

DAVID L. RUBENS, *Appellant*, v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-11488-1, Jim Bates, J., entered December 20, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Ellington, JJ.

[No. 38245-4-I.    Division One.    April 21, 1997.]

ROBERT A. OLSOWSKI, *Appellant*, v. CLEVETT CORPORATION, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-22573-5, Sally Phillips Pasette, J., entered February 2, 1996. *Reversed* by unpublished opinion per Coleman, J., concurred in by Becker and Ellington, JJ.

[No. 38532-1-I.    Division One.    April 21, 1997.]

BRENDA KING, *Respondent*, v. JEFF DICKINSON, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 94-2-24953-3, John M. Darrah, J., entered March 26, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 14941-2-III.    Division Three.    April 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY R. MILLARD, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 94-1-00145-3, Evan E. Sperline, J., entered May 22, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Thompson, J.